UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

PHEDREK T. DAVIS            ]
    Petitioner,             ]
                            ]
v.                          ]      No. 3:11-0613
                            ]      Judge Campbell
JERRY LESTER, WARDEN        ]
    Respondent.             ]

## O R D E R

By an order (Docket Entry No.44) entered June 20, 2013, the respondent was directed to file an answer, plead or otherwise respond to the petitioner's habeas corpus petition as amended within thirty (30) days.

The thirty days have long since past and the respondent has yet to comply with the instructions of the Court. Accordingly, the respondent is hereby GRANTED twenty one (21) days from the date of entry of this order on the docket in which to SHOW CAUSE why the petitioner's amended habeas corpus petition should not be granted.

It is so ORDERED.

                                                            _____
                                                            Todd Campbell
                                                            United States District Judge